IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRON HILL,<br><br>        **Plaintiff,**<br><br>    v.<br><br>CORPORAL JOSHUA DANIEL, et al.,<br><br>        **Defendants.** | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983<br><br><br>1:11-cv-1927-WSD |

## OPINION AND ORDER

This matter is before the Court on Magistrate Judge Janet F. King's Final Report and Recommendation ("R&R") [16].

On March 7, 2013, the Court ordered Plaintiff Tron Hill ("Plaintiff") to show cause within fifteen days why this action should not be dismissed for failure to prosecute. Plaintiff was admonished that failure to respond could result in dismissal of the action under Local Rule 41.3. As of September 18, 2013, Plaintiff has not responded. This action has now been "pending in this court for more than six (6) months without any substantial proceedings of record . . . having been taken[.]" LR 41.3 A.(3), NDGa. The Magistrate Judge recommends that this

action be dismissed, and the Court agrees.

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 24th day of September, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE